[No. 30500-0-I. Division One. September 20, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN SMITH, *Appellant*.

Appeal from judgments of the Superior Court for Skagit County, Nos. 91-8-00263-5, 91-8-00274-1, Gilbert E. Mullen, J., entered March 6, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Coleman and Pekelis, JJ.


[Nos. 12015-1-II; 14719-0-II. Division Two. September 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD· GRECO, *Appellant*.

Appeal from judgments of the Superior Court for Pierce County, No. 86-1-01747-1, Anthony P. Wartnik, J., entered January 19, 1988. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Seinfeld, J.


[No. 14739-4-II. Division Two. September 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD EDWARD HIIVALA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00797-9, Robert L. Harris, J., entered February 22, 1991. *Affirmed* by unpublished opinion per Quinn, J. Pro Tem., concurred in by Alexander, C.J., and Houghton, J.